CHEMICAL TANK LINES, INC. *v.* HOLSTINE.

No. 195.   Decided October 21, 1968.

*J. Campbell Palmer III* and *Albert L. Bases* for appellant.

*Robert H. C. Kay* and *Stanley E. Preiser* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK dissents.